VAN–077 Order Continuing 341 Meeting of Creditors – Rev. 05/22/2025

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
James Chickering Porch
( debtor has no known aliases )
5118 Barcroft Lake Drive
Leland, NC 28451

CASE NO.: 25–02336–5–DMW

DATE FILED: June 20, 2025

CHAPTER: 13

ORDER CONTINUING 341 MEETING OF CREDITORS

IT IS ORDERED that the section 341 meeting of creditors for the Debtor is continued.

DATE:    Tuesday, August 19, 2025
TIME:    09:30 AM
PLACE:   Appear by Video – Meeting Information,, http://www.nceba.uscourts.gov/zoom341s

The hearing on confirmation will be held on:

DATE:    Thursday, September 25, 2025
TIME:    10:30 AM
PLACE:   Alton Lennon Federal Building, 2 Princess Street, Wilmington, NC 28401

The movant must transmit a copy of this order to all parties and creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: July 23, 2025

                                                      David M. Warren
                                                      United States Bankruptcy Judge