UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

JAMES CHICKERING PORCH,   CASE NO. 25-02336-5-DMW
                          CHAPTER 13
    DEBTOR

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** S. Troy Staley, the Standing Chapter 13 Trustee in the Eastern District of North Carolina, duly appointed to administer the instant case ("Trustee"), and hereby objects to confirmation of the Chapter 13 Plan ("Plan") filed by Debtor for the following:

1. The Plan fails to provide a required pool to allowed general unsecured claims as required by the liquidation analysis of 11 U.S.C. § 1325(a)(4), because: Trustee finds liquidation value of $6,550.52.

2. The Trustee has requested the following additional documentation: Brokerage Account Statements. The liquidation requirement of 11 U.S.C. § 1325(a)(4) cannot be determined until resolution of the same.

**WHEREFORE**, the Trustee prays the Court to enter an Order:

1.    Denying confirmation of the proposed Chapter 13 Plan; and,

2.    For such other and further relief as the Court may deem just and proper.

3.    In the alternative, the Trustee requests a hearing on the matter.

This the 2nd day of September, 2025.      /s/ S. Troy Staley
      S. TROY STALEY
      Chapter 13 Trustee
      N.C. State Bar No. 43229
      Post Office Box 1618
      New Bern, North Carolina 28563-1618
      (252) 633-0074
      chapter13@ednc13.com

## **CERTIFICATE OF SERVICE**

I, S. Troy Staley, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

      Richard P Cook           (via CM/ECF)
      *Attorney for Debtor*

      James Chickering Porch      (via U.S. Postal Service)
      5118 Barcroft Lake Drive
      Leland, NC 28451
      *Debtor*

**DATED:** September 2, 2025

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com